UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JOAN C. BISHA

        Plaintiff,

V.                                                      CIVIL ACTION NUMBER

ASSET ACCEPTANCE LLC

Defendant.                                              APRIL 29, 2010


## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act. § 14-204 et seq. ("MCDCA"); and the Md. Ann. Code Commercial Law Consumer Practices Act § 13-301 et seq.

2. The Court's jurisdiction is conferred by 15 U.S.C.1692k and 28 U.S.C. 1331 and 1367.

3. Plaintiff is a natural person who resides in Halethorpe, MD.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of business located at 1209 ORANGE STREET, WILMINGTON, DE 19801.

6. Defendant is a licensed collector within the MCDCA.  But does not have a license, at any address listed on their complaint filed May 18, 2009.  (Exhibit "1"), as required by the Maryland Collection Agency Act.

7. Defendant communicated with Plaintiff on or after one year before the date of this action, in connection with collection efforts with regard to Plaintiff's disputed personal debt.

8.  Defendant filed a state court action against the Plaintiff in Maryland District Court known as case no 080400164472009.

9.  Defendant caused to be filed an affidavit of account signed by a non-attorney identified as a legal supervisor. (Plaintiff's Exhibit "1" Page 4) (Defendants Exhibit A )

10. Defendant failed to obtain a collection agency license at the place of business located in Towson, MD as required by §7-501 Maryland Collection Agency Licensing Act.

11. Defendant caused to be sent a collection letter, from the Towson, MD office on September 3,2009 and failed to obtain a license at that location as required by §7-501 Maryland Collection Agency Licensing Act. (Exhibit 2).

12.  Defendant communicated with Plaintiff numerous times in an attempted to collect a debt that the plaintiff disputes.

13. Plaintiff advised the Defendant that she disputed this debt.

14. Defendant advised the Plaintiff that she could not dispute her debt, in violation of §1692g (a) (3) and §1692e.

15. Defendant failed to provide the required notice pursuant to 1692e (11) in every oral communication the Defendant had with the Plaintiff.

16. Based upon information and belief, Defendant failed to report a known disputed debt to the Credit Reporting Agencies, despite being notified by the Plaintiff of her dispute in violation of §1692e (8).

17. Defendant misrepresented the amount of the Debt in violations of §1692e(2) (A).

18. Defendant has inadequate procedures in place to avoid such error.

19. Defendant failed to provide the Plaintiff with a validation of debt clause notice pursuant to §1692g.

20. In the collection efforts, the Defendant violated the FDCPA; inter alia, section 1692e, f, and g.

## SECOND COUNT

21. The allegations of the First Count are repeated and realleged as if fully set forth herein.

21. Within three years prior to the date of this action Defendant collection agency has engaged in acts and practices as to plaintiff in violation of the Md. Ann. Code Commercial Law Maryland Consumer Debt Collection Act § 14-204 et seq. ("MCDCA");

22. Defendant a un-licensed collection agency has committed unfair or deceptive acts or practices within the meaning of the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq.

**WHEREFORE Plaintiff respectfully requests this Court to:**

1. Award Plaintiff statutory damages pursuant to the Fair Debt Collection Practices Act 15 U.S.C. §1692 et seq.;

2. Award Plaintiff Statutory damages pursuant to Maryland Consumer Debt Collection Act § 14-204 et seq;

3. Award Plaintiff statutory damages pursuant to the Md. Ann. Code <u>Commercial Law</u> Consumer Practices Act § 13-301 et seq;

4. Award the Plaintiff costs of suit and a reasonable attorney's fee;

5. Award and such other and further relief as this Court may provide.

THE PLAINTIFF

BY_____
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph  (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com